

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2018

No. 04-18-00285-CR

Manuel **MONREAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 17-10-03164-DCRAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

This court's order dated June 5, 2018 is WITHDRAWN. The trial court's certification in this appeal states that "this criminal case is a plea-bargain case, and the defendant has NO right of appeal." The trial court's judgment recites the terms of the plea bargain were for thirty-five years imprisonment which was the punishment assessed; therefore, the trial court's certification appears to accurately reflect that the criminal case is a plea-bargain case. *See* TEX. R. APP. P. 25.2(a)(2). Rule 25.2(d) of the Texas Rules of Appellate Procedure provides, "The appeal must be dismissed if a certification that shows the defendant has a right of appeal has not been made part of the record under these rules." TEX. R. APP. P. 25.2(d). It is therefore ORDERED that this appeal will be dismissed pursuant to rule 25.2(d) of the Texas Rules of Appellate Procedure unless appellant causes an amended trial court certification to be filed by July 23, 2018, showing appellant has the right of appeal. *See* TEX. R. APP. P. 25.2(d); 37.1; *see also Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005); *Daniels v. State*,110 S.W.3d 174 (Tex. App.—San Antonio 2003, no pet.). All other appellate deadlines are SUSPENDED pending our resolution of the certification issue.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2018.



KEITH E. HOTTLE,
Clerk of Court